# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2020 KW 0130

**MAY 1 2 2020**

---

In Re:    Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR6-129868.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.** A criminal defendant has no constitutional right to counsel to pursue discretionary state appeals or applications for review. Therefore, he cannot be deprived of the effective assistance of counsel by his retained counsel's failure to file the application timely. See **Wainwright v. Torna,** 455 U.S. 586, 587-88, 102 S.Ct. 1300, 1301, 71 L.Ed.2d 475 (1982) (per curiam); **State v. Sanders,** 2015-2136 (La. 9/16/16), 201 So.3d 235 (per curiam).

                    JMM
                    MRT
                    WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT